```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Madelaine Gonzalez et al.,

                Plaintiffs,

-against-

Home Depot U.S.A., Inc. et al.,

                Defendants.

1:22-cv-04577 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Discovery in this action closed on July 14, 2023. (*See* 3/15/2023 Order, ECF No. 24.) No later than July 24, 2023, the parties shall file a joint letter regarding proposed next steps, including whether they would like to participate in a settlement conference before the undersigned.

**SO ORDERED.**

DATED:    New York, New York
               July 18, 2023

_____
STEWART D. AARON
United States Magistrate Judge