**MEMO ENDORSED**

Tel. 212-514-7800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/1/2023

The Law Offices Of
## CHRISTOPHER P. DI GIULIO, P.C.
180 West 80th Street, Suite 206
New York, New York 10024

Christopher P. Di Giulio
William Thymius
Wendy E. Blythe
Murianda L. Ruffin
Richelle A. Bautista

Of Counsel
Peter Madison
A.J. Nevins, Jr.
Sheri Dandridge

Legal Assistant
Tal-Marie Davis

July 31, 2023                                VIA ECF AND E-MAIL

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
[ALCarterNYSDChambers@nysd.uscourts.gov]

Re:   *Gonzales v. Home Depot etal.*
      SDNY Docket no. 1:22-CV-4577
      Our file: 88/GonzalesM

Honorable Sir:

Please accept this letter as the parties' joint request to extend the deadline for the filing of the Pre-Trial Order. Discovery in this case closed on July 19, 2023. In accordance with Your Honor's Rule 4(A), the Joint Pretrial Order is due on August 18, 2023.

Per the parties' request, the Honorable Magistrate Stewart D. Aaron scheduled a settlement conference on September 13, 2023. The parties have now engaged in settlement discussions and preparation of their position statements to the Honorable Magistrate Aaron. In the interest of efficiency and conservation of the parties' and judicial resources, we respectfully request the Court to extend the deadline for the filing of the Joint Pretrial Order until September 20, 2023. This extension will allow the parties to focus on the settlement process in the hope of bringing this case to an amicable resolution and avoiding trial.

SO ORDERED:

*/s/ Andrew L. Carter*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
8/1/2023

We thank the Court for its time and consideration

Respectfully submitted,

| | |
|---|---|
| The Law Offices of<br>Christopher P. Di Giulio, P.C.<br><br>By: _____<br>William Thymius<br>Attorneys for the Plaintiffs<br>180 West 80th Street, Suite 206<br>New York, NY 10024<br>Tel. (212) 514-7800<br>File: 88/GonalezM | Strongin Rothman & Abrams, LLP<br><br><br>By: _____<br>Yelena Graves<br>Attorneys for Defendants<br>Home Depot U.S.A., Inc. and<br>HD Development of Maryland, Inc.<br>80 Pine Street, 10th Floor<br>New York, NY, USA 10005<br>Tel. (212) 931-8300 |