UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Madelaine Gonzalez et al.,

                Plaintiffs,

-against-

Home Depot U.S.A., Inc. et al.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023

1:22-cv-04577 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that the parties' request to re-open discovery is granted. The deadline for the completion of discovery is extended until December 29, 2023. In accordance with Judge Carter's Individual Practices, the deadline for the parties to file a Joint Pretrial Order is adjourned until 30 days after the deadline for the completion of discovery (*i.e.*, January 29, 2024).

**SO ORDERED.**

Dated:    New York, New York
           September 13, 2023

_____
STEWART D. AARON
United States Magistrate Judge